IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RON C. EVERETT,  :
 :
    Petitioner,  :
 :
VS.  :
 :  CASE NO.: 5:13-CV-289 (MTT)
DONALD BARROW,  :
 :
    Respondent.  :
_____

## ORDER

Petitioner Ron C. Everett has filed a Notice of Appeal and a Motion for Leave to Proceed *In Forma Pauperis* on appeal. (Docs. 6, 10). The record in this case reveals that on August 21, 2013, this Court ordered Petitioner's case dismissed and further ordered that a Certificate of Appealability ("COA") be denied in this 28 U.S.C. § 2254 action. (Doc. 4). Judgment was thereafter entered on August 22, 2013. (Doc. 5.) Because Petitioner is not entitled to a COA, he is not entitled to appeal *in forma pauperis*. Accordingly, Petitioner's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

SO ORDERED, this 23rd day of May, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lws